B. A. & G. N. WILLIAMS, Respondent, *v.* NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Appellant.

*Williams* v. *N. Y. & Queens El. L. & P. Co.*, 170 App. Div. 920, affirmed.

(Argued January 11, 1918; decided January 29, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered October 16, 1915, *unanimously* affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover from defendant the amount which plaintiff was compelled to pay as damages in an action brought by one of its employees to recover damages for personal injuries caused by the fall of a large electric lamp, which, three or four days before, had been installed and suspended on plaintiff's premises by defendant, and the necessary expenses incurred therein. This defendant was notified to come in and defend that action, but it failed to do so, and a recovery was had by the employee on the ground that this plaintiff, his employer, failed in its duty to provide him with a reasonably safe place in which to work, in that the electric lamp which fell and caused the injury complained of was negligently installed in its position on these premises, thereby making said premises unsafe. It was established by the verdict of the jury that the injuries sustained were due to the negligent and wrongful misplacement of this lamp, and on the trial of this action the question as to whether the wrongful misplacement of this lamp was due to the negligence of this defendant was submitted to the jury.

*John C. Robinson* for appellant.
*Frank Verner Johnson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Collin, Cuddeback, Hogan, Cardozo, Pound and Andrews, JJ.